4850-8061-6326 / 643-0132
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
VICTOR PARADA,

                                            Plaintiff,

    -against-

TEWOLDE M. MANNA and ATLANTIC
EXPRESS FLEET 001,

                                            Defendants.
---------------------------------------------------------------X

NOTICE OF REMOVAL TO
DISTRICT COURT

Defendants TEWOLDE M. MANNA and 7975104 CANADA, INC., d/b/a ATLANTIC XPRESS, sued herein as ATLANTIC EXPRESS FLEET 001, allege as follows for their notice of removal.

## Commencement Of The Action

1.    On August 9, 2018, plaintiff commenced a civil action (the action) by filing a summons and complaint in the Supreme Court of the State of New York, Bronx County, under index no. 29278/2018E. Exhibit A. Defendants filed their answer on October 19, 2018. Exhibit B.

## Citizenship And Removability

2.    At the time plaintiff filed his complaint, and at the time this notice of removal is filed, the citizenship of the parties was, and remains, completely diverse. Plaintiff is a citizen of Bronx County, New York, residing at 645 Borretto Street, Bronx NY, 10474; defendant Tewolde M. Manna is a citizen of Canada, residing at 3330 Aubrey Road, Mississaugua Ontario, L5L 5E2; and defendant 7975104 CANADA, INC., d/b/a ATLANTIC XPRESS, sued herein as

ATLANTIC EXPRESS FLEET 001, is a Canadian corporation, having its principal place of business at 3330 Aubrey Road, Mississaugua Ontario, L5L 5E2

3. The action was not removable at the time plaintiff's summons and complaint was filed, notwithstanding the complete diversity of citizenship between the parties, because the complaint did not state the total damages to which plaintiff considered himself entitled, in accordance with NY C.P.L.R. Section 3017.

4. On January 15, 2019, plaintiff served defendants with a written demand for damages in the amount of $20,000,000. Exhibit C. From this demand, defendants first ascertained that the case is one which is removable, pursuant to 28 U.S.C. Section 1446(b)(3).

5. This notice of removal is timely, inasmuch as it is filed within thirty days of the date it became ascertainable that the action is removable, and within one year of the commencement of this action.

6. The action is removed to this court.

Dated: New York, New York
January 31, 2019

LESTER SCHWAB KATZ & DWYER, LLP
100 Wall Street
New York, New York  10005
(212) 964-6611
Attorneys for Defendants
TEWOLDE M. MANNA and  7975104 CANADA, INC., d/b/a ATLANTIC XPRESS, sued herein as ATLANTIC EXPRESS FLEET 001,

S/ Jeffrey A. Payne
_____
Jeffrey A. Payne