UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR PARADA,
                          Plaintiff,

-v-

TEWOLDE M. MANNA *et al.*,
                          Defendants.

19-CV-941 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

By letter dated January 9, 2020, Plaintiff represented that the claims against the deceased Defendant would be discontinued and a stipulation to that effect would follow. To date, no stipulation has been filed.

Plaintiff shall file either the above described stipulation or a status letter on or before March 1, 2020.

SO ORDERED.

Dated: February 19, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge